**FILED**

JAN 0 8 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | **Case No.** CR-17-65-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| JEANETTE LAMBERT SCHACHT, | |
| Defendant. | |

Upon the Defendant's Motion for Evaluation Be Filed Under Seal Pursuant to D.Mont. L.R. CR 49.1(a)(2)(E) (Doc. 45), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's Substance Use Evaluation be filed under seal for viewing only by the Court, Assistant United States Attorney and defense counsel.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 8th day of January, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge