FILED
APR 26 2018
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JEANETTE LAMBERT SCHACHT, Defendant. | Case No. CR-17-65-BLG-SPW-1 ORDER |

Upon the Defendant's Motion for Evaluation Be Filed Under Seal Pursuant to D.Mont. L.R. CR 49.1(a)(2)(E) (Doc. 65), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's Substance Use Evaluation be filed under seal for viewing only by the Court, Assistant United States Attorney and defense counsel.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 26th day of April, 2018.

SUSAN P. WATTERS
United States District Judge