IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 15 2020
Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEANETTE LAMBERT SCHACHT,

Defendant.

CR 17-65-BLG-SPW

ORDER

Upon Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 95), pursuant to 18 U.S.C. §3583(e)(1) and Fed.R.Crim.P. Rule 32.l(c)(2), and for good cause being shown,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED**. Jeanette Schacht's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 15th day of January, 2020.

SUSAN P. WATTERS
United States District Judge

1